Brady L. Rasmussen (ISB #8349)
brasmussen@joneswaldo.com
Mark D. Tolman (Pro Hac Vice)
mtolman@joneswaldo.com
Jones Waldo Holbrook & McDonough P.C.
170 South Main Street, Suite 1500
Salt Lake City, UT  84101
Telephone:  (801) 521-3200
Facsimile:   (801) 328-0537

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN BRENT DAVIS,<br><br>             Plaintiff,<br><br>v.<br><br>EASTERN IDAHO HEALTH SERVICES, INC., an Idaho corporation, d/b/a/ EASTERN IDAHO REGIONAL MEDICAL CENTER,<br><br>             Defendant. | Case No. 4:16-cv-00193<br><br>**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. 7(.1)** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Eastern Idaho Health Services, Inc. dba Eastern Idaho Regional Medical Center ("EIRMC"), by and through its undersigned counsel, makes the following disclosure:

Eastern Idaho Health Services, Inc. is affiliated with HCA Holdings, Inc., a publicly-traded Delaware corporation.

Hercules Holding II, LLC currently owns approximately 20% of HCA Holdings, Inc.'s common stock; some members of Hercules Holding II, LLC are affiliated with KKR & Co. LP, a publicly traded company.

1239664.1

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

DATED: July 20, 2016

JONES WALDO HOLBROOK & McDONOUGH PC


By:   */s/ Mark D. Tolman*
     Brady L. Rasmussen
     Mark D. Tolman
     Attorneys for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2016, a true and correct copy of the foregoing documents was served via the Court's electronic filing system, on the following:

DeAnne Casperson, Esq.
Amanda E. Urich, Esq.
HOLDEN KIDWELL HAHN & CRAPO, PLLC
P.O. Box 50130
1000 Riverwalk Drive, Suite 200
Idaho Falls, ID 83405
dcasperson@holdenlegal.com
aulrich@holdenlegal.com


    /s/ *Mark D. Tolman*
     Mark D. Tolman