UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN BRENT DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>EASTERN IDAHO HEALTH SERVICES, INC., an Idaho corporation, d/b/a EASTERN IDAHO REGIONAL MEDICAL CENTER,<br><br>    Defendant. | Case No. 4:16-cv-00193-BLW<br><br>**ORDER ADOPTING STIPULATION FOR PROTECTIVE ORDER** |

Currently pending before the Court is the parties' Unopposed Motion for Entry of Stipulation for Protective Order (Dkt. 19) and Stipulation for Protective Order (Dkt. 20). Having carefully considered the record and otherwise being fully advised,

**IT IS HEREBY ORDERED THAT:**

1. The parties' Unopposed Motion for Entry of Stipulation for Protective Order (Dkt. 19) is GRANTED.

2. The parties' Stipulation for Protective Order (Dkt. 20) is APPROVED and ADOPTED and the procedures set forth therein shall be used in this action.

**ORDER ADOPTING STIPULATION FOR PROTECTIVE ORDER - 1**



DATED: September 15, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER ADOPTING STIPULATION FOR PROTECTIVE ORDER - 2**